BRIGHT, Circuit Judge.
I concur but write separately to observe that Proctor’s employer determined that it was unsafe for her to return to work. Although a June 2000 letter from UNUM indicates that, in October 1999, Proctor’s employer offered her a job (unspecified) which she turned down (Appellant’s App. at 94), from June 22 to October 1999 her employer would not allow her to return to work. As to this period, Proctor might have a viable action against her employer under the Americans with Disabilities Act (ADA). See Brunko v. Mercy Hosp., 260 F.3d 939, 942 (8th Cir.2001) (to be regarded as disabled under ADA, employee must show that employer mistakenly believed she had physical impairment that substantially limited one or more major life activity).
A true copy.